UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-14308-MARTINEZ-MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

MERCURY HOTEL GROUP, LLC,

        Defendant.
_____/

## AGREED MOTION FOR APPROVAL AND ENTRY OF CONSENT FINAL JUDGMENT

The Parties, by and through their repective undersigned counsel, hereby move for the Court's approval and entry of the attached Consent Final Judgment.

1. Plaintiff filed the instant cause of action alleging that the Defendant's online hotel reservation system violated Title III of the ADA, specifically, 28 C.F.R. §36.302(e)(1).

2. The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Final Judgment attached hereto as Exhibit "A".

3. The Parties agree and submit that the attached Consent Final Judgment grants Plaintiff the relief sought in his Complaint and retains this Court's jurisdiction to determine the amount of Plaintiff's attorneys' fees in this matter.

4. In accordance therewith, the Parties respectfully request that the Court enter the Consent Final Judgment attached hereto as Exhibit "A".

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter the attached Consent Final Judgment and grant such additional relief as the Court deems just and proper.

Dated: October 16, 2019                                              Respectfuly submitted,

s/Drew Levitt                                                                    s/Daniel R. Levine
Drew M. Levitt                                                                Daniel R. Levine, Esq.
Florida Bar No. 782246                                                DRL@PBL-Law.com
drewmlevitt@gmail.com                                              Padula Bennardo Levine, LLP
Lee D. Sarkin, Esq.                                                        3837 NW Boca Raton Boulevard, Suite 200
Florida Bar No. 962848                                                Boca Raton, Florida 33431
Lsarkin@aol.com
4700 N.W. Boca Raton Boulevard                            Attorneys for Defendant
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Facsimile (561) 994-0837

Attorneys for Plaintiff