UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-CV-14308-MARTINEZ-MAYNARD**

DAVID POSCHMANN,

        Plaintiff,

v.

MERCURY HOTEL GROUP, LLC,

        Defendant.
_____/

## **CONSENT FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon the parties Agreed Motion for Final Judgment against Defendant, Mercury Hotel Group, LLC filed on October 16, 2019.

This is an action for injunctive relief under Title III of the Americans with Disability Act ("ADA"), 42 U.S.C. Section 12181, et seq. to require Defendant to modify its online hotel reservation system ("ORS") consistent with ADA regulations, 28 C.F.R. Section 36.302(e)(1), and for attorneys' fees and costs. Subsequent to the filing of the action, Defendant removed its ORS from the internet and active public use and view and has agreed that if the ORS becomes active in the future, it shall comply with the requirements of 28 C.F.R. Section 36.302(e)(1).

The Department of Justice promulgated 28 C.F.R. Section 36.302(e) to carry out the provisions of the ADA prohibiting discrimination in public accommodations, including by "an inn, hotel, motel, or other place of lodging." 42 U.S.C. Section 12181(7)(A); 42 U.S.C. Section 12182(a); 42 U.S.C. Section 12186(b). Section 36.302(e)(1) provides that:

"A public accommodation that owns, leases (or leases to), or operates a place of lodging shall, with respect to reservations made by any means . . .

      i)        Modify its policies, practices, or procedures to ensure that individuals with disabilities can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not need accessible rooms;

      ii)       Identify and describe accessible features in the hotels and guest rooms offered through its reservation service in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs;

      iii)      Ensure that accessible guest rooms are held for use by individuals with disabilities until all other guest rooms of that type have been rented and the accessible room requested is the only remaining room of that type;

      iv)      Reserve, upon request, accessible guest rooms or specific types of guest rooms and ensure that the guest rooms requested are blocked and removed from all reservations systems; and

      v)       Guarantee that he specific accessible guest room reserved through its reservation service is held for the reserving customer, regardless of whether a specific room is held in response to reservations made by others."

Plaintiff has retained counsel of record for the filing and prosecution of this action. (Complaint, D.E. 1)

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties' Agreed Motion for Final Judgment against Defendant is hereby **GRANTED,** and this case is **CLOSED**.

2. Defendant's online reservation system (ORS) shall remain inactive and out of public use and view until such time as it shall comply with the requirements of 28 C.F.R. Section 36.302(e)(1). If Defendant activates its online reservation system (ORS) and it does not comply with the requirements of 28 C.F.R. Section 36.302(e)(1), Defendant shall be subject to reasonable sanctions to compel compliance with this judgment. Said sanctions may include, but not be limited to per diem fines and/or an Order requiring Defendant to close/take down/remove from public use and view its online reservation system until said modifications are completed.

3

3.  Plaintiff is awarded taxable costs in the amount of $460.00 from Defendant for which let execution issue.

4.  Plaintiff is entitled to an award of attorneys' fees and the Court retains jurisdiction of this action to permit Plaintiff to file an appropriate motion regarding the foregoing.

**DONE AND ORDERED** in Chambers, Miami, Florida this 18 day of October, 2019.

```
                          _____
                          JOSE E. MARTINEZ
                          UNITED STATES DISTRCT JUDGE
```

Copies provided to:
All Counsel of Record
Magistrate Judge Maynard